**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALEX WINKLER,

        CASE NO. 04-72024
   Plaintiff,        HON. LAWRENCE P. ZATKOFF

vs.

ASMAR & SONS, INC., a/k/a and
d/b/a VINEYARDS, VINEYARDS, INC.,
and THE VINEYARDS WINE CELLAR,

   Defendants.
_____/

## ORDER

On September 7, 2005, the Court granted Plaintiff's request for attorney fees and costs, and requested that Plaintiff file supplemental material supporting his request. Plaintiff has filed the supporting material. The Court has reviewed the records submitted, and finds that all charges incurred were necessary and reasonable. Therefore, the Court will award Plaintiff $7,421.72.

   IT IS SO ORDERED.


Date:  October 14, 2005         s/Lawrence P. Zatkoff
                                             LAWRENCE P. ZATKOFF
                                             CHIEF UNITED STATES DISTRICT JUDGE